PROB 12C
(6/16)

Report Date: December 29, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Bruce Allison | Case Number: 0980 2:17CR00192-RMP-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Edward J. Lodge, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 29, 2008

| | | |
|---|---|---|
| Original Offense: | Enticement of a Minor, 18 U.S.C. § 2422(b) | |
| Original Sentence: | Prison - 120 Months<br>TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: March 15, 2017 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 14, 2027 |

### PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: Defendant's use of the Internet is restricted to computers and other devices capable of accessing the Internet that have been equipped to monitor and log Internet activity. The defendant shall consent to having any hardware or software system or program installed on the defendant's computer to monitor computer use and to make regular reports to the probation officer. The defendant shall warn other occupants / users of the existence of the monitoring equipment / programs placed on the computer.<br><br>**Supporting Evidence**: Mr. James Allison is alleged to have violated special condition number 14, on or about December 18 through 26, 2021, by having an Internet capable cellular telephone in his possession. The cellular telephone did not possess monitoring software as required, and further which he used during the time period to view pornographic content contrary to his personal stated goals and those of sex offender treatment, from which the client has since graduated.<br><br>On March 15, 2017, Mr. James Allison signed his conditions of supervision relative to 2:17CR00192-RMP-1, indicating he understood all conditions as ordered by the Court. Mr. Allison was made aware by his U.S. probation officer that he was restricted from possessing |

Prob12C
Re: Allison, James Bruce
December 29, 2021
Page 2

any device with any Internet-based capabilities that was not actively monitored with installed software or hardware systems.

On December 27, 2021, the undersigned officer received an automated notification from the client's installed monitoring software indicating that the client had both searched for and potentially viewed pornographic content. On December 28, 2021, Mr. Allison was contacted by the undersigned officer and directed to report to the U.S. Probation Office.

Mr. Allison subsequently reported as directed and presented his two personally owned cellular telephones for inspection. Upon review of the devices, it was determined that the client had both searched for and viewed pornographic content on both devices. It was also observed that one of the two devices in question reflected records consistent with the client's viewing of pornographic content that was not previously flagged by the installed monitoring software. Mr. Allison initially denied having viewed any pornographic content, but ultimately admitted to having searched for and viewed approximately 20 adult pornography videos between the dates of December 20 and 27, 2021, indicating that he had become extremely lonely and as a result began viewing the content.

Upon further review of the devices in question, it was learned that the client installed the required monitoring software most recently onto one of the devices on December 26, 2021. While the undersigned officer had previously verified the installation of monitoring software on the device, the client ultimately admitted that he had "wiped" the telephone prior to giving it to a friend, which would have included the removal of the required monitoring software. The client advised that the friend then returned the telephone to him on December 18, 2021, and he ultimately admitted he did not immediately reinstall the monitoring software on the device as required, ultimately and finally doing so on December 26, 2021.

It should be noted that the client's use of pornography as outlined herein appeared to only constitute adult pornography. The undersigned officer did also observe several attempts to access a website titled "www.benaughty.com." The client initially denied having any account with the provider, but upon further review, the client had in fact set up a basic profile. The website is advertised as a dating website. The client appeared unable to contact other members, with the website requiring a paid membership to do so. Mr. Allison noted that he created a basic profile to simply view the profiles of others as a way to combat his current loneliness.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | December 29, 2021 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen
U.S. Probation Officer |

Prob12C
Re: Allison, James Bruce
December 29, 2021
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

1/3/2022
Date